UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION at Youngstown

WILLIAM H. EVANS,JR.

Plaintiff

VS.

MR. LaROSE,WARDEN,ET AL

Defendant's

**FILED**

**OCT 0 9 2019**

CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

Case No.4:19-CV-1567

Pearson,J.

Limbert,M.J.

-(Removed From State Court)-

---

### MOTION TO JOIN PARTIES with SUPPLEMENTAL-PLEADING

¶1) Pursuant to FRCP 20(a)(2),a person may be joined as a party if,any right to relief is asserted against them jointly,severally,or with respect to or with arising out of the same transaction or occurance,or series of occurances![or] if any question of law or fact is common to all defendants and will arise in the action.A.M. ALEXANDER V. FULTON COUNTY,GEORGIA,207 F.3d 1303,1323 (11th.Cir. 2000).

¶2) Pursuant to FRCP 15(d),on reasonable notice and on motion,the Court may permit a "supplemental" pleading.Said supplemental-pleading,unlike an amended pleading,does not supplant the original pleading but merely "supplements" the original.CITY OF HAWTHORNE V. WRIGHT,493 U.S. 813 (1989).

-PARTY TO BE JOINED-

¶3) Plaintiff (Evans) would join as a Defendant,Mr. Fraile-Assistant Unit Manager.

-SUPPLEMENTAL PLEADING-

¶4) Recently,after the filing of the original Complaint herein this case, several events have occured which Evans believs to be clear 1st.Amendment Retaliation,and is nonetheless continued violations of the same type originally pleaded.

¶5) ON August 28,2019,Mr. Fraile took it upon himself to do a [favor] for two homosexual gang banger inmates,and caused a cell move to occur,swapping one cellmate for another in two different cells.Specifically,Fraile moved an inmate Redman into Evans's cell (cell 101),moving Redman from cell 104 into cell 101 (Evans's cell) for purpose of making room for an inmate from another unit to move into cell 104.

¶6) The general rule of ODRC,and of NEOCC,is that before such cell moves/ swapping,[all] affected inmates must be asked permission and agree to the cell swap.In this instance,neither Evans nor Redman were asked for approval.Instead the move just occured,without warning.

¶7) Next,on Oct.02,2019,Fraile attempted to swap out a cell upstairs, removing a black dope feign inmate into Evans's cell,and moving Redman into an inmate Zander's cell upstairs.Fortunately Evans was tipped off privately by another inmate before this move occured,and it was stopped,by Evans approaching Ms. Milhoan-Unit Manager (Fraile's boss).Nobody ever asked Evans,and that move was set to occur without Evans knowing.Apparently,Zander was going to pay Redman $50.00 to move upstairs with him,in order to pawn off his black dope feign celly onto Evans,and Fraile approved it (until Evans talked to Milhoan).Zander's celly is apperantly hard to deal with,and stays up all night.

¶8) Fortunately,Evans was tipped off.Otherwise things would have went sour for Evans.Whatever the real reason,it appears that Fraile is in cohoots with certain gang affiliated inmates who traffick drugs,etc.,and Fraile seems to be tied in with them to the point where he does these "favors".It also appears obvious retal-

letion for Evans's already pending suits.Several inmates have told Evans that Fraile,on several occasions,has spoken to them badly about Evans as if Evans is a problem.But the reality is that Evans is a virtual model inmate.See Exhibit-A hereto,being a letter from Ms. Milhoan.Also,Exhibit-B is a kite to Milhoan with her response,which was filed just days before this most recent event.

WHEREFORE,it is respectfully requested that Mr. Fraile be added as a Defendant, and the above "supplemental-pleading" be allowed as inclusive to the original Complaint.This would be in the interest of judicial economy and justice,to prevent Evans from having to file yet another new suit before this stupidity by Fraile,or others,goes too far.

### -INFORMATION ON STATING A CLAIM-

¶9) It is commonly asserted by attorney's,and in fact by the attorney in the instant case,that the case of ASHCROFT V. IQBAL,129 S.Ct. 1937 (2009), essentially forecloses all pleadings as failing to state a claim where the litigant does not go above and beyond the well-established notice pleading standard. They obviously assert that ASHCROFT somehow added a heightened pleading require- ment,and turns a new page in how a litigant must plead.Evans submits that such an analysis is legally incorrect.

¶10) The U.S. Supreme Court has repeatedly held that the Federal Rules do not require "heightened pleading" except where the rules spell out such require- ment.See,SWIERKIEWICZ V. SOREMA,534 U.S. 506,512-13 (2002);LEATHERMAN V. TARRANT CO.NARCOTICS UNIT,507 U.S. 163,168 (1993).Both of those case's emphasize that the only exceptions to the "notice pleading" standard of FRCP 8(a) are those set forth in FRCP 9(b).Further,the ASHCROFT case was not a pro se case,where pro se filings are liberally constured.Moreover,the case of BELL ATLANTIC CORP. V. TWOMBLY, 550 U.S. 544,569,n.14 (2007),specifically said that it was not establishing a heightened pleading requirement/standard,and IQBAL said that it was applying TWOMBLY.See,ASHCROFT,129 S.Ct. at 1949-51.Cf. PALMORE V. MASS,2009 WL 1749797, at 1 (W.D.Wis. 2009)(assuming SWIERKIEWICZ and IQBAL are compatable).

WHEREFORE,it is a legal fiction to assert that IQBAL changed all the rules of pleading.It clearly did [not].

Respectfully Submitted,

(*)  Oct.07,2019/ *William H. Evans Jr.*

Plaintiff,Pro Se

### PROOF OF SERVICE

I certify that on this 07 day of Oct.,2019,I sent a copy of the foregoing by U.S.Mail,at:TIMOTHY BOJANOWSKI,3100 West Ray Rd.,Suite 300,Chandler,Arizona 85226.

*William H. Evans Jr.*

(*) An imprtant note is that NEOCC staff,in general,have history of telling their dope dealer/snitch inmates exactly what another inmate complained about in a kite,grievance,or filing.However,Evans does not fear any of these inmate clowns, and views them the same way that he views a corrupt-cop,worthy of exposing.While Evans is essentially a model inmate,he is nontheless a real "convict",not a damn snitch,and not in cahoots with officials who are corrupt. The take-away from this is:Back off,before they cause some real serious exposure,with details to it,rather than general allegations.Evans fears nothing,and stops at nothing. But he is fair and honest.This is their fair-notice.