PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

WILLIAM H. EVANS, JR.,            )
                                  )     CASE NO. 4:19-CV-1567
    Plaintiff,           )
                                  )
    v.                   )     JUDGE BENITA Y. PEARSON
                                  )
WARDEN LAROSE, *et al.*,          )
                                  )     **ORDER**
    Defendants.          )

Having filed its Memorandum of Opinion and Order, the Court hereby remands the case to the Mahoning County, Ohio, Court of Common Pleas, the state court from which it was removed.

A certified copy of this Order of Remand shall be mailed by the Clerk of the United States District Court for the Northern District of Ohio to the Clerk of the Mahoning County, Ohio, Court of Common Pleas.

    IT IS SO ORDERED.

  October 31, 2019            /s/ Benita Y. Pearson
Date                            Benita Y. Pearson
                                United States District Judge